858 A.2d 608

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner**

v.

**Mohamed ALAMGIR, Respondent**

**No. 966 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Sept. 28, 2004.

*ORDER*

PER CURIAM.

AND NOW, this 28th day of September, 2004, there having been filed with this Court by Mohamed Alamgir his verified

Statement of Resignation dated August 16, 2004, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Mohamed Alamgir be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania, and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.